UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DAVID PUTZER, | ) |
|         Plaintiff, | ) 3:07-cv-00620-LRH-VPC ) |
| vs. | ) ORDER ) |
| JAMES DONNELLY, et al., | ) ) |
|         Defendants. | ) ) |

Before the court is Plaintiff's Notice of Appeal from Minutes of the Court Document 51 U.S. Magistrate Judge Filed on 11/07/2008 (#55[1]), which the court will treat as a motion to reconsider Magistrate's Order #51.

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#51) will, therefore, be sustained and Plaintiff's motion (#55) is denied.

IT IS SO ORDERED.

DATED this 24th day of November, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.