UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| DAVID PUTZER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:07-cv-00620-LRH (VPC) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| JAMES DONNELLY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#58[1]) filed on November 20, 2008, in which the Magistrate Judge recommends that the Plaintiff's Motion/Application for Preliminary Injunction on Behalf of Class (#18) and Motion to Amend Plaintiff's Application for Preliminary Injunction on Behalf of Class (#30) be denied without prejudice and granting Plaintiff leave to file a new motion for preliminary injunction on behalf of himself only. Defendants filed an Opposition (#37) to Plaintiff's Application for Preliminary Injunction on Behalf of Class; no reply was filed. No objections to the Report and Recommendation have been filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

---

[1] Refers to the court's docket number.

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#58); therefore, Plaintiff's Motion/Application for Preliminary Injunction on Behalf of Class (#18) and Plaintiff's Motion to Amend Motion/Application for Preliminary Injunction on Behalf of Class (#30) are denied without prejudice and Plaintiff is granted leave to file a new motion for preliminary injunction on behalf of himself only.

IT IS SO ORDERED.

DATED this 6th day of August, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE