UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

DAVID PUTZER,

    Plaintiff,

vs.

JAMES DONNELLY, et al.,

    Defendants.

3:07-cv-00620-LRH-VPC

ORDER

Before the court is Plaintiff's Notice of Appeal/Motion to Reconsider (#101[1]) Judge Cooke's rulings on items 3 and 10 of the March 26, 2009, Minutes of Proceedings (#98). Defendants filed their Response to Motion to Reconsider/Motion to Strike (#106).

The Court has conducted its review in this case, has fully considered the Plaintiff's opposition, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling is neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#98) will, therefore, be sustained. Plaintiff's motion (#101) is denied and Defendants' Motion to Strike (#106) is denied as moot.

IT IS SO ORDERED.

DATED this 10th day of August, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.