UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| DAVID PUTZER,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAMES DONNELLY, et al.,<br><br>                    Defendants. | )<br>) 3:07-cv-00620-LRH-VPC<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

Before the court is Plaintiff's Motion for Review and Appeal (#138[1]) to the Magistrate's Order (#128), which denied Plaintiff's emergency motion (#118).  Defendants filed an Opposition to Motion for Reconsideration (#150).

The Court has conducted its review in this case, has fully considered the Plaintiff's opposition, and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling is neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#128) will, therefore, be sustained and Plaintiff's motion (#138) is denied.

IT IS SO ORDERED.

DATED this 2nd day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1]Refers to this court's docket number.