UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| DAVID PUTZER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:07-cv-00620-LRH-VPC |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| JAMES DONNELLY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (#65[1]) entered on August 17, 2009, recommending denying Plaintiff's Motion for Prelminary Injunction (#65) filed on January 28, 2009. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#161) on August 26, 2009, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#151) entered on August 17, 2009, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#151) entered on August 17, 2009, is adopted and accepted, and Defendant's Motion for Preliminary Injunction (#65) is DENIED.

IT IS SO ORDERED.

DATED this 8th day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE