UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| DAVID PUTZER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:07-cv-00620-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| JAMES DONNELLY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#233[1]) entered on May 11, 2010, recommending granting Defendants' Motion for Summary Judgment (#170), and denying Plaintiff's Amended Motion for Summary Judgment (#199). Plaintiff filed his Objection to the Report and Recommendation by U.S. Magistrate Judge Cooke (#238) on May 26, 2010.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#233) entered on May 11, 2010, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#233) entered on May 11, 2010, is adopted and accepted, and Defendants' Motion for Summary Judgment (#170) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Amended Motion for Summary Judgment (#199) is DENIED.

IT IS SO ORDERED.

DATED this 16th day of June, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE